Rosa Blanca Martínez, Representada por su Madre Isabel Martínez, demandante y apelada, *v.* Juan Asencio Segarra, Acisclo Asencio Segarra, Fernando Asencio Segarra, y Carmen Camacho Colón, demandados y apelantes.

No. 3810.—*Visto:* Diciembre 14, 1925. *Resuelto:* Diciembre 16, 1925.

Apelación y Error—Desestimación, Retiro y Abandono—Apelación no Proseguida con la Debida Diligencia—Tardanza en Aprobar la Transcripción de la Evidencia.—Atendidas las circunstancias concurrentes que en el caso de autos motivaron la tardanza en aprobar la transcripción de la evidencia a los efectos de la apelación interpuesta, *se resolvió:* que habiéndose debido la tardanza a la creencia, no infundada, del apelante de que el juez que presidió el juicio, y que había sido suspendido en sus funciones, regresaría a su corte, más bien que a voluntario abandono y dilación en tramitar su apelación, no procedía desestimar el recurso.

Moción sobre desestimación de apelación presentada por la apelada. *Sin lugar.*

Alemañy & Ramírez, Nazario & García Méndez, abogados de los apelantes; R. del Toro Soler, abogado de la apelada.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Hecha por el taquígrafo la transcripción de la evidencia el 17 de junio de 1925 para esta apelación fué señalado el día 24 de agosto para ser aprobada por el juez que presidió el juicio pero habiendo sido suspendido el juez en sus fun-

ciones no fué aprobada ese día y según declaración jurada del abogado del apelante hizo después gestiones con el secretario de la corte para que el juez señalara día para la aprobación de la transcripción de la evidencia y se esperaba que el juez regresara a su corte, hasta que prolongándose su ausencia y habiendo sido nombrado ese juez para otro distrito le fué enviada la transcripción y la aprobó el 9 de diciembre actual.

Cuando fué solicitada la desestimación de esta apelación estaba pendiente de que fuera aprobada la transcripción de la evidencia para ella, y en vista de los hechos expuestos llegamos a la conclusión de que la tardanza en aprobarla se debió a la creencia, no infundada, del apelante de que el juez regresaría a su corte, más bien que a voluntario abandono y dilación en tramitar su apelación, *por lo que no la desestimaremos.*

El Juez Asociado Sr. Wolf no intervino en la resolución de este caso.